# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 6:21-cr-00198-RAW |
| | ) | |
| MATTHEW JENNINGS VERMILLION | ) | |

## NOTICE OF INTENT TO PLEAD GUILTY

Defendant Matthew Jennings Vermillion, by and through counsel, hereby notifies the Court that he intends to plead guilty in this case.  The guilty plea will be pursuant to a Plea Agreement with the Government in which Mr. Vermillion pleads guilty to an Information that the Government plans on filing in this matter.  Pursuant to the terms of the Plea Agreement, the Government will, at the time of sentencing, move to dismiss all of the remaining charges against Mr. Vermillion.

Mr. Vermillion requests that the court set his case for a change of plea hearing.  The parties do not object to referral of the change of plea hearing to a Magistrate Judge.

Respectfully submitted:

JON M. SANDS
Federal Public Defender, District of Arizona

 *s/Susan E. Anderson*
SUSAN E. ANDERSON
Asst. Federal Public Defender
Arizona State Bar No 020343
susan_anderson@fd.org
*Attorney for Matthew Jennings Vermillion*
850 W. Adams St., Ste. 201
Phoenix, AZ 85007
(602) 382-2700