IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>**MATTHEW JENNINGS VERMILLION,**<br><br>*Defendant.* | Case No.  CR-21-198-RAW |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE

### ACCESSORY AFTER THE FACT
### [18 U.S.C. § 3, 1111(a), 1151, 1152, 13 & 2]

On or about July 3, 2019, in the Eastern District of Oklahoma, the defendant, **MATTHEW JENNINGS VERMILLION**, a non-Indian, knowing that an offense against the United States had been committed, to wit, Murder in Indian Country of Bobby Joe Dalpoas, Jr., an Indian, did receive, relieve, comfort, and assist the offender, Jimmy Holmes Nace, a non-Indian, in order to hinder and prevent his apprehension, trial, and punishment, in violation of Title 18, United States Code, Sections 3, 1111(a), 1151, 1152, 13, and 2.

CHRISTOPHER J. WILSON
United States Attorney

/s/ T. Cameron McEwen
T. CAMERON MCEWEN
AL Bar #7161-R67M
Assistant United States Attorney